RECEIVED JUN 24 2021

U.S. District Court  06-20-21
Northern District of Iowa (Central Division)

Clayton v. U.S.A.

Addendum: Pending Federal court Order to Sieze $1,737.83

Clayton was convicted by a jury in violation of 18:2113(a) Bank Robbery in February of 2014. In August of 2014 Clayton was sentenced to 129 months by the Hon. Judge Mark W. Bennett. Restitution was set at $12,532.07.

Facts: On or about April 21rst of 2021 Clayton recieved $1,400.00 in Stimulus monies to his pre-release Account. On or about June 8th of 2021 Claytons pre-release monies of $1,705.00 was transfered to his Commissary account which held $32.83 for a total of $1,737.83. This was done without Claytons consent due to pending court order.

Mr. Biden: (President of USA) See white house letter in Claytons previous motion.

The Law: Clayton contends that he is protected from levies by the Govt because the Second Stimulus of $600.00 (section 272, codified at 26 U.S.C. Section 6428(a)) goes hand in hand with the 3rd Stimulus (AKA The American rescue plan under Biden). Although the second round of stimulus was signed under Trump. It was Biden & Congress Your Honor who came back in 2021 and up'd the Ante and rightly so. Stimulus monies when provided as advanced refunds, may not be offset by overdue taxes, restitution, garnishment, or subject to other levies. Persuant to Section 272(d) of the Law.

Judge with all due respect I am not playing Mr. Attorney. I am a reformed criminal who wants a better life for himself & his family. Your Honor you have wide discretion in this matter, please do not allow the Govt. to play GOD by giving me false hope. Giveth & Taketh

Clayton prays this court grant his motion.

Michael Clayton
#25619-047
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

JUN 21 2021 sgw RENO NV 895
21 JUN 2021 PM 2 L

U.S. District Court
Attn: Clerk
320 6th Street #301
Sioux City, Iowa 51101

XRAYED US MARSHALS SERVICE